Certificate Number: 15111-PAE-DE-033866357

Bankruptcy Case Number: 19-17048



15111-PAE-DE-033866357

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 23, 2019</u>, at <u>10:35</u> o'clock <u>PM EST</u>, <u>Maryann Menkhaus</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 24, 2019</u>          By:    <u>/s/Stephanie Sandison for Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>