# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-17048-AMC

MARYANN MENKHAUS

823 CRESTVIEW DRIVE

PHILADELPHIA, PA 19128-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MARYANN MENKHAUS

    823 CRESTVIEW DRIVE

    PHILADELPHIA, PA 19128-

**Counsel for debtor(s), by electronic notice only.**
    MICHELE PEREZ CAPILATO
    500 OFFICE CENTER DR
    SUITE 400
    FORT WASHINGTON, PA 19034

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

/s/ William C. Miller

Date: 1/16/2020

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee