# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 19-17048-AMC

MARYANN MENKHAUS

823 CRESTVIEW DRIVE

PHILADELPHIA, PA 19128-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
MARYANN MENKHAUS

823 CRESTVIEW DRIVE

PHILADELPHIA, PA 19128-

**Counsel for debtor(s), by electronic notice only.**
MICHELE PEREZ CAPILATO
500 OFFICE CENTER DR
SUITE 400
FORT WASHINGTON, PA 19034

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ William C. Miller

Date: 1/28/2020

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee