UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARYANN MENKHAUS** | : | **CHAPTER 13** |
| | : | |
| | : | |
| **Debtor** | : | **No. 19-17048 amc** |

# CERTIFICATE OF SERVICE

I, Michele Perez Capilato, do hereby certify that I served a true and correct copy of the foregoing Second Amended Plan **sent via First Class mail or electronic notification** to the following parties:

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
Attorney for Debtors

Ms. Maryann Menkhaus
823 Crestview Drive
Philadelphia, PA 19128

William C. Miller (electronically)
Standing Ch13 Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

Deutsche Bank National Trust
Company et. al,
c/o Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

Premier Bankcard, LLC
Jefferson Capital Systems LLC
Assignee
PO Box 7999
Saint Cloud, MN 56302-9617

Denise Elizabeth Carlson
KML Law Group, P.C.
701 Market St., Suite 5000
Philadelphia, PA 19106

Kevin G. McDonald
KML Law Group, P.C.
701 Market St., Suite 5000
Philadelphia, PA 19106

AES/PHEAA
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105

Bridgecrest
7300 East Hampton Avenue
Suite 100
Mesa, AZ 85209

Credit Collection Services
Attn: Bankruptcy
725 Canton Street
Norwod, MA 02062

First Federal Credit Control
Attn: Bankruptcy
24700 Chagrin Blvd., Suite 205
Cleveland, OH 44122

First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201

LVNV Funding/Resurgent
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

Capital One, N.A.
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

Water Revenue Bureau
Tax & Revenue Unit
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102-1595


Dated: May 12, 2020                    /s/ Michele Perez Capilato
                                       Michele Perez Capilato, Esquire
                                       Identification No. 90438
                                       500 Office Center Drive, Suite 400
                                       Fort Washington, PA 19034
                                       (267) 513-1777
                                       Fax 1(866) 535-8160
                                       michelecapilatolaw@gmail.com
                                       Attorney for Debtor