# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Maryann Menkhaus <br>                            Debtor(s) <br><br> Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2, its successors and/or assigns <br>                            Movant <br>       vs. <br><br> Maryann Menkhaus <br>                            Debtor(s) <br><br> William C. Miller Esq. <br>                            Trustee | CHAPTER 13 <br><br><br><br> NO. 19-17048 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2, which was filed with the Court on or about **January 24, 2020, docket number 17**.

                                        Respectfully submitted,

                                  By: **/s/ Rebecca A. Solarz, Esquire**
                                           Rebecca A. Solarz, Esquire
                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA  19106
                                           215-627-1322
                                           Attorney for Movant/Applicant

May 15, 2020