**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARYANN MENKHAUS** | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| **Debtor** | : | No. 19-17048 amc |

ORDER

AND NOW, this ____ day of ~~November 2019~~, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHELE PEREZ CAPILATO, ESQUIRE, is awarded $4,250.00 as the total legal fees for services performed and expenses incurred for essential bankruptcy services. Trustee is authorized to pay the unpaid balance thereof, the sum of $3,150.00 from the estate to the extent provided for by the Confirmed Plan.

Dated: August 12, 2020

_____
ASHELY M. CHAN
United States Bankruptcy Judge

Cc:

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
Attorney for Debtor

William C. Miller (electronically)
Standing Ch13 Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Office of the United States Trustee (electronically)
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Ms. Maryann Menkhaus
823 Crestview Drive
Philadelphia PA 19128-2304

AES/PHEAA
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105

Bridgecrest
7300 East Hampton Avenue
Suite 100
Mesa, AZ 85209

Credit Collection Services
Attn: Bankruptcy
725 Canton Street
Norwod, MA 02062

First Federal Credit Control
Attn: Bankruptcy
24700 Chagrin Blvd., Suite 205
Cleveland, OH 44122

First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201

LVNV Funding/Resurgent
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250