United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Maryann Menkhaus  
    Debtor

Case No. 19-17048-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 1    Date Rcvd: Aug 12, 2020  
                      Form ID: 155      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.
db           +Maryann Menkhaus,   823 Crestview Drive,   Philadelphia, PA 19128-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:
        DENISE ELIZABETH CARLON   on behalf of Creditor   Deutsche Bank National Trust Company, as
         Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset
         Backed Pass-Through Certificates, Series 2007-CH2 bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on
         behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed
         Pass-Through Certificates, Series 2007-CH2 bkgroup@kmllawgroup.com
        MICHELE PEREZ CAPILATO   on behalf of Debtor Maryann  Menkhaus perezcapilatolaw@yahoo.com,
         michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on
         behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed
         Pass-Through Certificates, Series 2007-CH2 bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                 TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Maryann Menkhaus
    Debtor(s)

Chapter: 13

Bankruptcy No: 19−17048−amc

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 11th day of August 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge ,
    United States Bankruptcy Court

40
Form 155