United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Maryann Menkhaus  
    Debtor

Case No. 19-17048-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 1    Date Rcvd: Aug 12, 2020  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.  
db    +Maryann Menkhaus,   823 Crestview Drive,   Philadelphia, PA 19128-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2020 at the address(es) listed below:  
    DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 bkgroup@kmllawgroup.com  
    KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 bkgroup@kmllawgroup.com  
    MICHELE PEREZ CAPILATO    on behalf of Debtor Maryann   Menkhaus perezcapilatolaw@yahoo.com, michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
    TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARYANN MENKHAUS** : | Chapter 13 |
| : | |
| : | |
| : | |
| Debtor : | No. 19-17048 amc |

ORDER

AND NOW, this _____ day of November 2019, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHELE PEREZ CAPILATO, ESQUIRE, is awarded $4,250.00 as the total legal fees for services performed and expenses incurred for essential bankruptcy services. Trustee is authorized to pay the unpaid balance thereof, the sum of $3,150.00 from the estate to the extent provided for by the Confirmed Plan.

Dated: August 12, 2020

_____
ASHELY M. CHAN
United States Bankruptcy Judge

Cc:

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
Attorney for Debtor

William C. Miller (electronically)
Standing Ch13 Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Office of the United States Trustee (electronically)
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Ms. Maryann Menkhaus
823 Crestview Drive
Philadelphia PA 19128-2304

AES/PHEAA
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105

Bridgecrest
7300 East Hampton Avenue
Suite 100
Mesa, AZ 85209

Credit Collection Services
Attn: Bankruptcy
725 Canton Street
Norwod, MA 02062

First Federal Credit Control
Attn: Bankruptcy
24700 Chagrin Blvd., Suite 205
Cleveland, OH 44122

First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201

LVNV Funding/Resurgent
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250