## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-17048-AMC |
|    Maryann Menkhaus | : Chapter 13 |
|         Debtor | : |
| | : |
|    Bridgecrest Credit Company, LLC | : |
|         Movant | : |
|     vs. | : |
|    Maryann Menkhaus | : |
|         Debtor/Respondent | : |
|     and | : |
|    Kenneth E. West, Esquire | : |
|         Trustee/Respondent | : |

### CERTIFICATION OF NO ANSWER OR RESPONSE
### TO MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362

I, Karina Velter, counsel for Bridgecrest Credit Company, LLC ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant for Relief from Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code, has been filed with the Court or served upon undersigned counsel.

WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion.

Respectfully Submitted,

Date:  01/03/2022

/s / Karina Velter, Esquire
Karina Velter, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 94781
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: kvelter@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-17048-AMC |
|    Maryann Menkhaus | : Chapter 13 |
|        Debtor | : |
| | : |
|    Bridgecrest Credit Company, LLC | : |
|        Movant | : |
|       vs. | : |
|    Maryann Menkhaus | : |
|        Debtor/Respondent | : |
|     and | : |
|    Kenneth E. West, Esquire | : |
|        Trustee/Respondent | : |

## CERTIFICATE OF SERVICE OF
## CERTIFICATION OF NO ANSWER OR RESPONSE

I, Karina Velter, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion for Relief, on the parties at the addresses shown on the date set forth below. The types of service made on the parties were: Electronic Notification and/ or First Class Mail, as noted below:

Michele Perez Capilato, Esquire　　　　Maryann Menkhaus
Via ECF　　　　　　　　　　　　　　823 Crestview Drive
*Attorney for Debtor*　　　　　　　　Philadelphia, PA 19128
　　　　　　　　　　　　　　　　　　Via First Class Mail
Kenneth E. West, Esquire　　　　　　*Debtor*
Via ECF
*Trustee*

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Date:　01/03/2022　　　　　　　　　　/s / Karina Velter, Esquire
　　　　　　　　　　　　　　　　　　Karina Velter, Esquire
　　　　　　　　　　　　　　　　　　Hladik, Onorato & Federman, LLP
　　　　　　　　　　　　　　　　　　Attorney I.D. # 94781
　　　　　　　　　　　　　　　　　　298 Wissahickon Avenue
　　　　　　　　　　　　　　　　　　North Wales, PA 19454
　　　　　　　　　　　　　　　　　　Phone 215-855-9521
　　　　　　　　　　　　　　　　　　Email: kvelter@hoflawgroup.com