**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-17048-AMC |
|     Maryann Menkhaus | : Chapter 13 |
|         Debtor | : |
| | : |
|     Bridgecrest Credit Company, LLC | : |
|         Movant | : |
|     vs. | : |
|     Maryann Menkhaus | : |
|         Debtor/Respondent | : |
|     and | : |
|     Kenneth E. West, Esquire | : |
|         Trustee/Respondent | : |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon the Motion of Movant, Bridgecrest Credit Company, LLC, it is hereby:

ORDERED AND DECREED THAT: the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified with respect to the Vehicle, 2015 Kia Optima, VIN #5XXGM4A76FG380832, to permit Movant to sell said Vehicle.

**Date: January 4, 2022**

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Judge