# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-17048-AMC

MARYANN MENKHAUS

823 CRESTVIEW DRIVE

PHILADELPHIA, PA 19128-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MARYANN MENKHAUS

823 CRESTVIEW DRIVE

PHILADELPHIA, PA 19128-

Counsel for debtor(s), by electronic notice only.

MICHELE PEREZ CAPILATO, ESQ.
500 OFFICE CENTER DRIVE
SUITE 400
FORT WASHINGTON, PA 19034-

Date: 4/11/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee